```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Paul Blackmer

      v.                                    Civil No. 13-cv-532-LM

Robert McGrath, et al.


## O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation and the Order on Reconsideration of Report and Recommendation of Magistrate Judge Daniel J. Lynch dated January 15, 2014 and January 29, 2014.

    SO ORDERED.

                                            _____
                                            Landya B. McCafferty
                                            United States District Judge

Date: February 17, 2014

cc: Paul Blackmer