UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

    v.                                      Civil No. 13-cv-532-LM

Robert McGrath, et al.


O R D E R


On February 17, 2014, the court issued an order approving the Report and Recommendation dated January 15, 2014 and the Order on Reconsideration of Report and Recommendation dated January 29, 2014, by Magistrate Judge Daniel J. Lynch.

Plaintiff was given thirty days to pay the filing fee in full or the case would be dismissed. Plaintiff has not paid the filing fee as ordered. Therefore, it is herewith ordered that the case is dismissed, without prejudice. The Clerk of Court shall close the case.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: March 21, 2014

cc: Paul Blackmer