# United States Court of Appeals
## For the First Circuit

————————————

No. 14-1397

PAUL BLACKMER,

Plaintiff, Appellant,

v.

ROBERT MCGRATH, Employee, New Hampshire State Prison;
SHERYL ST. PETER, Prison Guard, New Hampshire State Prison,

Defendants, Appellees.

————————————

Before

Lynch, <u>Chief Judge</u>,
Torruella and Barron, <u>Circuit Judges</u>.

————————————

**JUDGMENT**

Entered:  May 27, 20157

     We have considered appellant's response to this court's May 19, 2014 order and conclude that appellant has not shown cause why he should not be required to prepay the full filing fee in order to proceed with the appeal.  Accordingly, the appeal is dismissed.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Paul Blackmer
Joseph Foster